### AFFIDAVIT OF SPECIAL AGENT KAITLYN CEDRONE
### IN SUPPORT OF AN APPLICATION FOR A COMPLAINT
### CHARGING JAMES J. MENDES

I, Kaitlyn Cedrone, state:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Boston, Massachusetts Field Office. Since joining the FBI in 2017 through 2021, I was assigned to a squad that investigated economic crimes, including wire fraud, mail fraud, and money laundering. Since 2021, I have been assigned to a squad that investigates gang and narcotic crimes.

2. Based on my training and experience as a Special Agent, I am familiar with federal narcotics laws. In this regard, I know that it is a violation of 21 U.S.C. §§ 841 and 846 to possess with intent to distribute, distribute, and to conspire to possess with intent to distribute and to distribute controlled substances, including cocaine, cocaine base, and fentanyl. In the course of participating in drug trafficking investigations, I have conducted or participated in surveillance, the purchase of illegal drugs, the execution of search warrants, debriefings of subjects, witnesses, and informants, and reviews of consensually recorded conversations and meetings. I hold a Bachelor's degree in accounting and a Master's degree in taxation.

3. I submit this affidavit in support of a criminal complaint against JAMES MENDES a/k/s "Junior" for distribution of cocaine in violation of 21 U.S.C. § 841(a)(1).

4. The facts in this affidavit come from my review of records and/or reports, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is only intended to establish that there is probable cause for the requested complaint and

does not set forth all of the facts in regard to this ongoing investigation.

## PROBABLE CAUSE

5. On June 22, 2018, an undercover Massachusetts State Police ("MSP") Trooper ("UC-1") called the number 508-536-1860 for "Junior." UC-1 asked for a "50," which UC-1 understood to mean a fifty-dollar bag of cocaine base. The male said that he was around and instructed UC-1 to meet him at the corner of Ferry and Mulberry Streets in Fall River, Massachusetts.

6. UC-1 took a position on the corner of Ferry and Mulberry Streets, under law enforcement surveillance by additional MSP Troopers (the "Troopers"). At approximately 2:00 p.m., a 2017 black Nisan Altima, bearing MA registration 6CH595, registered to EAN (Enterprise) (the "black Nissan"), pulled up; the operator, later identified as JAMES J. MENDES, nodded to UC-1. UC-1 then got into the front seat of the black Nissan, which began to drive south on Mulberry Street. MENDES asked UC-1, "what you need?", to which UC-1 answered "a fifty." MENDES handed UC-1 a clear, plastic bag containing a hard white substance and UC-1 handed MENDES $50 in pre-recorded bills. After approximately 30 yards, MENDES stopped the black Nissan and UC-1 got out and flashed a signal to the Troopers, indicating that the deal was complete.

7. The Troopers, in an unmarked police cruiser, got behind the black Nissan, which was waiting at a stop sign on Mulberry Street. As the black Nissan turned left, the Troopers activated the cruiser's emergency lights and siren and saw MENDES look at them through his rear-view mirror. The black Nissan abruptly turned right onto Grant Street and accelerated to speeds over 55 miles per hour, which was over the speed limit of 30 miles per hour. The

Troopers terminated the pursuit, shutting off the emergency lights, and saw the black Nissan continue to race up Grant Street and turn right onto Williams Street, which was the wrong way on a one-way street.

8. Although no longer in pursuit, the Troopers continued to follow the black Nissan, hoping to encounter MENDES. The Troopers turned onto Williams Street and left on Fountain Street (also a one-way, the wrong way) and encountered MENDES driving toward them. MENDES pulled the black Nissan over on Fountain Street and fled on foot through a back yard to a lot off Division Street. A Trooper observed MENDES reach into the front of his pants and throw a clear plastic bag into the grass. The Troopers, yelling stop and police, continued to chase MENDES, eventually catching him as he approached Fountain Street. The Troopers arrested MENDES.

9. A Trooper immediately returned to the lot and located the clear, plastic bag, which contained 10 clear, plastic, knotted bags of suspected cocaine base and one bag of suspected fentanyl. All of the plastic bags were submitted to the Massachusetts State Police Lab, which confirmed that the clear, plastic bag purchased by UC-1 contained .21 grams of cocaine; the ten clear, plastic bags contained cocaine totaling 6.3 grams of cocaine; and the remaining bag contained 5.06 grams of fentanyl.

10. In a search incident to arrest, the Troopers found the pre-recorded $50 and a ZTE Verizon flip phone, which rang when a Trooper called 508-536-1860.

## CONCLUSION

11. Based on the information described above, I have probable cause to believe that on or about June 22, 2018, in Fall River, in the District of Massachusetts, JAMES J. MENDES a/k/a "Junior" distributed cocaine, in violation of 21 U.S.C. § 841(a)(1).

Sworn to under the pains and penalties of perjury,

*Kaitlyn Cedrone*
KAITLYN CEDRONE
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically pursuant to Fed. R. Crim. P. 4.1 on March 15, 2023.

_____
JENNIFER C. BOAL
United States Magistrate Judge